KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.  CV 16-01961-PHX-DGC (ESW) |
| Plaintiff, | CR  11-01622-PHX-DGC |
| v. | **ORDER** |
| Walmar Rocael Morales-Tomas, | |
| Defendant/Movant. | |

On June 17, 2016, Movant Walmar Rocael Morales-Tomas, who is confined in the Cibola County Correctional Center in Milan, New Mexico, submitted a letter to the Court seeking relief under the recent Supreme Court decision in *Johnson v. United States*, __U.S.__, 135 S. Ct. 2551(2015).  The Court filed the letter in a new § 2255 action.  On June 22, 2016, the Office of the Federal Public Defender filed a Motion for Appointment of CJA Counsel Pursuant to General Order 16-07 (Doc. 4), asking that the Court appoint attorney Eric Kessler to "review this case and file an appropriate request for relief under *Johnson*."  The Court will grant the Motion.

Counsel must file a notice of appearance within 10 days from the filing date of this Order.  Within 30 days from the filing date of this Order, counsel must file either a § 2255 motion or a notice informing the Court that counsel does not intend to pursue relief under § 2255.

**IT IS ORDERED:**

(1) The June 22, 2016 Motion to Appoint Counsel (Doc. 4) is **granted**.

1     (2)    Attorney Eric Kessler is appointed to represent Movant in this matter and must file a notice of appearance within **10 days** from the filing date of this Order.

     (3)    Within **30 days** from the filing date of this Order, counsel must file either a motion under 28 U.S.C. § 2255 or a notice informing the Court that counsel does not intend to pursue relief under § 2255.

     (4)    The parties and the Clerk of Court **must file** all documents related to the § 2255 Motion in the **civil case**.

     (5)    The Clerk of Court must provide a copy of this Order to the Federal Public Defender's Office for the District of Arizona and attorney Eric Kessler.

Dated this 22nd day of July, 2016.

_____
David G. Campbell
United States District Judge